IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 10-cv-02978-MSK-MEH

UNITED STATES OF AMERICA,

       Plaintiff,

v.

8 FIREARMS,

       Defendants.

## DEFAULT AND FINAL ORDER OF FORFEITURE

THIS MATTER comes before the Court on the United States' Motion for Default and Final Order of Forfeiture **#11**) filed May 5, 2011, as to defendant property, the Court having reviewed said Motion FINDS:

THAT the United States commenced this action *in rem* pursuant to 21 U.S.C. § 881;

THAT all known interested parties have been provided an opportunity to respond and that publication has been effected as required by Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions;

THAT after notice, there have been no Claims or Answers filed in this matter as to defendant property as required by Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions;

THAT Entry of Default was entered by the Clerk of the Court on April 29, 2011 (Document 10);

THAT based upon the facts and verification set forth in the Verified Complaint, it appears by a preponderance of the evidence that there was reasonable cause for the seizure of all of the defendant property and a Certificate of Reasonable Cause is granted pursuant to 28 U.S.C.

§ 2465.

It further appears that there is cause to issue a forfeiture order under 21 U.S.C.§ 881; THAT the facts and verifications as set forth in the Verified Complaint provide probable cause and an ample basis by a preponderance of the evidence for a final Judgment and Order of Forfeiture of as to defendant property;

THAT the Clerk of Court shall be directed to enter Judgment as to all of the defendant property;

NOW, THEREFORE, IT IS ORDERED, DECREED, AND ADJUDGED:

THAT the Motion is **GRANTED**. Default and forfeiture of the following defendant property, including all right, title, and interest is hereby entered in favor of the United States: 8 FIREARMS

THAT the United States shall have full and legal title as to defendant property and may dispose of said property in accordance with law;

THAT this Default and Final Order of Forfeiture shall serve as a Certificate of Reasonable Cause as to as to all defendant property under 28 U.S.C. § 2465; and

THAT the Clerk of Court is directed to enter Judgment as to all of the defendant property.

DATED this 28th day of July, 2011.

**BY THE COURT:**

_Marcia S. Krieger_
Marcia S. Krieger
United States District Judge